down; otherwise, motion denied. Rich, Putnam, Kelly and Manning, JJ., concur; Blackmar, P. J., dissents.

MAURICE COURLAND, Respondent, v. EDGAR R. GALLAVAN and Another, Appellants.— Motion denied. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

MORRIS FLAUM, Appellant, v. ANNIE SAHN and Another, Respondents.— Motion denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

CLARA E. FRIEDERANG, Appellant, v. RUTH-ALDO COMPANY, Respondent.— Motion denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

In the Matter of Charges Preferred by WILLIAM J. WALLIN, Mayor of the City of Yonkers, Respondent, v. EDWARD CONNOLLY, Appellant. — The motion to hear the appeal on the original record is granted, with the following modification: The original record need not be produced from the files, but in lieu thereof a typewritten copy of same may be submitted, with stipulation by the attorneys as to correctness or a certificate thereof by the clerk. Appeal to be perfected and heard at the November term. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

In the Matter of Charges Preferred by WILLIAM J. WALLIN, Mayor of the City of Yonkers, Respondent, v. EDWARD CONNOLLY, Appellant.— Motion to dismiss appeal denied. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

MIMI M. KITTEL, Respondent, v. BARNE SILVER, Appellant. FRANK SAVARESE and Another, Defendants. MIMI M. KITTEL, Respondent, v. BARNE SILVER, Appellant. JAMES T. KENT, Defendant.— Since the changes in the former General Rules of Practice, a motion in the Special Term that appellant be deemed to have waived his right to make a case, and an order thereon, do not work a dismissal of the appeal. (*Fowler* v. *New York Herald Co.*, 198 App. Div. 419, 994.) The printed proposed case served on September twenty-third was good, though it did not contain all exhibits, since under rule 41* the justice settling the case may have to determine how much of such exhibits should be inserted in the appeal record. Therefore, the motions to dismiss appeals are both denied. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN DONNENFELD, Appellant.— Motion granted. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

SAM SCHWARTZ, Respondent, v. " JOHN " SMITH, Appellant.— Motion denied on condition that appellant perfect the appeal for the December term (for which term this case is set down), and be ready for argument when

---

* General Rules of Practice, rule 41.— [REP.